

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 14 of 82 entries

Labeled View

***Carlie Beautiful Blowjob .***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762079 / 2011-11-21

**Application Title:** Carlie Beautiful Blowjob .

**Title:** Carlie Beautiful Blowjob .

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-03-26

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT B



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 15 of 82 entries

Labeled View

***Carlie Big Toy Orgasm.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001776839 / 2012-02-21

**Application Title:** Carlie Big Toy Orgasm.

**Title:** Carlie Big Toy Orgasm.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-03-22

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 2:12-cv-12586-PJD-MJH Doc # 1-2 Filed 06/14/12 Pg 3 of 15 Pg ID 17
WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 16 of 82 entries

previous
next

Labeled View

***Carlie Leila Strawberries and Wine .***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762081 / 2011-11-18

**Application Title:** Carlie Leila Strawberries and Wine .

**Title:** Carlie Leila Strawberries and Wine .

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-05-07

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=16&ti=1,16&Search_Arg=malibu media&Search_Code=N… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 4 of 15 Pg ID 18

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 22 of 82 entries

previous
next

Labeled View

***Daddy's Office.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001776838 / 2012-02-21 |
| **Application Title:** | Daddy’s Office. |
| **Title:** | Daddy’s Office. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-11-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=22&ti=1,22&Search_Arg=malibu media&Search_Code=N… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 5 of 15 Pg ID 19

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 40 of 82 entries

previous
next

Labeled View

***Just the Two of Us.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001781672 / 2012-03-18

**Application Title:** Just the Two of Us.

**Title:** Just the Two of Us.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2011

**Date of Publication:** 2011-11-18

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record / Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=40&ti=26,40&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 6 of 15 Pg ID 20

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 41 of 82 entries

previous
next

Labeled View

***Kat Translucence.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762073 / 2011-11-19

**Application Title:** Kat Translucence.

**Title:** Kat Translucence.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2009

**Date of Publication:** 2009-11-20

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=41&ti=26,41&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 7 of 15 Pg ID 21

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 42 of 82 entries

previous
next

Labeled View

***Katka Cum Like Crazy.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762074 / 2011-11-21

**Application Title:** Katka Cum Like Crazy.

**Title:** Katka Cum Like Crazy.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-07-07

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=42&ti=26,42&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 8 of 15 Pg ID 22

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 43 of 82 entries

previous
next

Labeled View

***Katka Sweet Surprise.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762075 / 2011-11-18

**Application Title:** Katka Sweet Surprise.

**Title:** Katka Sweet Surprise.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-08-04

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=43&ti=26,43&Search_Arg=malibu media&Search_Code=… 1/1



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 9 of 15 Pg ID 23

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 44 of 82 entries

previous
next

Labeled View

***Kristen Girl Next Door.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762076 / 2011-11-18

**Application Title:** Kristen Girl Next Door.

**Title:** Kristen Girl Next Door.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-08-25

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=44&ti=26,44&Search_Arg=malibu media&Search_Code=… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 48 of 82 entries

Labeled View

***Leila Sex On The Beach.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762083 / 2011-11-21

**Application Title:** Leila Sex On The Beach.

**Title:** Leila Sex On The Beach.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.

**Date of Creation:** 2010

**Date of Publication:** 2010-12-22

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 54 of 82 entries




Labeled View

***Megan Morning Bath.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762077 / 2011-11-18

**Application Title:** Megan Morning Bath.

**Title:** Megan Morning Bath.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-02-12

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC







Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 2:12-cv-12586-PJD-MJH WebVoyage Record View 1 Doc # 1-2 Filed 06/14/12 Pg 12 of 15 Pg ID 26

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 55 of 82 entries

previous
next

Labeled View

***Mina's Fantasy.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina’s Fantasy. |
| **Title:** | Mina’s Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=55&ti=51,55&Search_Arg=malibu media&Search_Code=… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 29 of 82 entries

Labeled View

***The Girl in My Shower.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001783549 / 2012-03-30

**Application Title:** The Girl in My Shower.

**Title:** The Girl in My Shower.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2009

**Date of Publication:** 2009-10-23

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



5/24/12 WebVoyage Record View 1

Copyright
United States Copyright Office
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 76 of 82 entries

previous
next

Labeled View

***Tiffany Teenagers In Love.***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762019 / 2011-11-20 |
| **Application Title:** | Tiffany Teenagers In Love. |
| **Title:** | Tiffany Teenagers In Love. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |

previous
next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=76&ti=76,76&Search_Arg=malibu media&Search_Code=… 1/1



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = malibu media

Search Results: Displaying 78 of 82 entries

Labeled View

***Tori The Endless Orgasm.***

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762082 / 2011-11-18

**Application Title:** Tori The Endless Orgasm.

**Title:** Tori The Endless Orgasm.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-10-20

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page