2:12-cv-12586-PJD-MJH Doc # 17-3 Filed 08/23/12 Pg 1 of 1 Pg ID 218

Models wanted Member's Login Contact/Support

Exhibit 2. Web page printout for the film “Just the Two of Us”

Beautiful erotica.

Home Updates Videos Models Live Cams Behind the Scenes Join Now

# Just the Two of Us

**Date:** Apr 12, 2010 **Model(s):** Francesca Capri

HD Video up to 1920x1080p

**Just the Two of Us** View More Updates

00:00 00:00

**Member's Rating**

5.2/10 (916 votes) Click once to vote:

**Download Video**

Right-click and 'Save... As...'

**Windows Media**

1280x720 HD (269 MB)
960x540 SD (164 MB)

**Apple Quicktime**

1920x1080 HD (269 MB)
1280x720 SD (163 MB)

**iPad/iPod/Mobile**

640x480 SD (40 MB)

In this HD video, best described as an exalted moment of sexual ecstasy - Francesca and her cute brunette friend Capri roll around in bed and make passionate love to each other!

The two girls entwine and share several HOT, deep kisses before diving below, to try a taste of their sweetest treasures.

Don't get me wrong, these girls are both crazy for guys... But every now and then they crave the feeling of another woman. Skin soft like butter; lips trembling, gentle, and tender...

Enjoy every beautiful moment with this heavenly duo!

**Also Recommended** View More Updates

