# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:12-cv-12586-PJD-MJH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-13, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have until thirty days after the Court's ruling on the pending motions [Dkt. 5 and 10] to effectuate service of a summons and Complaint on Defendants.

SO ORDERED this 16th day of October, 2012.



s/Patrick J. Duggan
**Patrick J. Duggan**
**United States District Judge**

**Dated: October 16, 2012**
**I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, October 16, 2012, by electronic and or ordinary mail.**

**s/Marilyn Orem**
**Case Manager**