# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document: Brigham Field
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document: Carlie Beautiful Blowjob

**3** Total number of titles in the document: 9

**4** Amount of fee calculated: $345.00

**5** Fee enclosed
☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☑ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document  Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____  Date 09/13/2012
Duly authorized agent of Malibu Media, LLC

**8** Return to:
Name: Emilie Kennedy, Esq
Number/street: 2 South Biscayne Boulevard  Apt/suite: 3800
City: Miami  State: FL  Zip: 33131
Phone number: 786-431-2228  Fax number: 786-431-2229
Email: ekennedy@lebfirm.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS  REV: 09/2007  PRINT: 09/2007—··,000  Printed on recycled paper  U.S. Government Printing Office: 2007-330-945/60,···

EXHIBIT A

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M ____ D ____ Y ____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document  Brigham Field
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document  Carlie Beautiful Blowjob

**3** Total number of titles in the document  9

**4** Amount of fee calculated  $345.00

**5** Fee enclosed  ☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document  ☑ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document  Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____  Date 09/13/2012

Duly authorized agent of  Malibu Media, LLC

**8** Return to:

Name  Emilie Kennedy, Esq

Number/street  2 South Biscayne Boulevard  Apt/suite  3800

City  Miami  State  FL  Zip  33131

Phone number  786-431-2228  Fax number  786-431-2229

Email  ekennedy@lebfirm.com

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS  REV: 09/2007  PRINT: 09/2007—··,000  Printed on recycled paper                                U.S. Government Printing Office: 2007-330-945/60.···

## Copyright Assignment Agreement

This Copyright Assignment is entered into by and between Brigham Field ("Assignor") and Malibu Media, LLC ("Assignee"). Now therefore, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor hereby sells, assigns, transfers, conveys, and delivers to the Assignee all of Assignor's right, title, and interest in and to the copyrights for the motion pictures listed below (the "Works") including all registrations and applications covering the Works.

By: _____
**Brigham Field (Assignor)**

By: _____
**Malibu Media, LLC (Assignee)**

### The Works

1. Carlie Beautiful Blowjob
   Date of First Publication: November 11, 2011

2. Carlie Leila Strawberries and Wine
   Date of First Publication: November 18, 2011

3. Kat Translucence
   Date of First Publication: November 19, 2011

4. Katka Cum Like Crazy
   Date of First Publication: November 21, 2011

5. Katka Sweet Surprise
   Date of First Publication: August 4, 2010

6. Kristen Girl Next Door
   Date of First Publication: August 25, 2012

7. Leila Sex On The Beach
   Date of First Publication: December 22, 2010

8. Megan Morning Bath
   Date of First Publication: February 12, 2010

9. Mina's Fantasy
   Date of First Publication: June 25, 2010

10. Tiffany Teenagers In Love
    Date of First Publication: December 29, 2010

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document   Brigham Field
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document   Tori The Endless Orgasm

**3** Total number of titles in the document   7

**4** Amount of fee calculated   $285.00

**5** Fee enclosed   ☑ Check   ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document   ☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document   Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____   Date 09/13/2012

Duly authorized agent of   Malibu Media, LLC

**8** Return to:
Name   Emilie Kennedy, Esq
Number/street   2 South Biscayne Boulevard   Apt/suite   3800
City   Miami   State   FL   Zip   33131
Phone number   786-431-2228   Fax number   786-431-2229
Email   ekennedy@lebfirm.com

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS   REV: 09/2007   PRINT: 09/2007—··,000   Printed on recycled paper   U.S. Government Printing Office: 2007-330-945/60,···

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document  Brigham Field
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document  Tori The Endless Orgasm

**3** Total number of titles in the document  7

**4** Amount of fee calculated  $285.00

**5** Fee enclosed  ☑ Check   ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document  ☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document  Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____  Date 09/13/2012

Duly authorized agent of  Malibu Media, LLC

**8** Return to:
Name  Emilie Kennedy, Esq
Number/street  2 South Biscayne Boulevard   Apt/suite 3800
City  Miami   State FL   Zip 33131
Phone number  786-431-2228   Fax number  786-431-2229
Email  ekennedy@lebfirm.com

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS   REV: 09/2007   PRINT: 09/2007—··,000   Printed on recycled paper   U.S. Government Printing Office: 2007-330-945/60,···

## Copyright Assignment Agreement

This Copyright Assignment is entered into by and between Brigham Field ("Assignor") and Malibu Media, LLC ("Assignee"). Now therefore, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor hereby sells, assigns, transfers, conveys, and delivers to the Assignee all of Assignor's right, title, and interest in and to the copyrights for the motion pictures listed below (the "Works") including all registrations and applications covering the Works.

By: _____
Brigham Field (Assignor)

By: _____
Malibu Media, LLC (Assignee)

1. Tori The Endless Orgasm
   Date of First Publication: December 20, 2010

2. Carlie Big Toy Orgasm
   Date of First Publication: March 22, 2010

3. Daddy's Office
   Date of First Publication: November 12, 2010

4. Girl In My Shower
   Date of First Publication: October 23, 2009

5. Jennifer Naughty Angel
   Date of First Publication: November 5, 2010

6. Leila Faye Awesome Threesome
   Date of First Publication: February 2, 2011

7. Leila Sex On The Beach
   Date of First Publication: December 22, 2010