# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:12-cv-12586-PJD-MJH |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-13, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF SCRIVENER'S ERROR IN ITS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [DKT. #29]

Plaintiff, Malibu Media, LLC, respectfully gives notice of a scrivener's error in its Notice of Voluntary Dismissal Without Prejudice [Dkt. #29].  In the Notice, Plaintiff erroneously states that it dismisses Defendant John Doe 1 without prejudice.  This is a scrivener's error.  Plaintiff did not intend to dismiss this Defendant from the case.

For the avoidance of doubt, John Doe 1 is still an active party in this case.  Undersigned apologizes to the Court for the error.

Dated:  October 24, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:  /s/ Paul J. Nicoletti
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   <u>/s/ *Paul J. Nicoletti*</u>
Paul J. Nicoletti, Esq. (P44419)