# EXHIBIT B

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month ___ Day ___ Year ___

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Tori The Endless Orgasm

Registration Number of the Basic Registration ▼
PA 1-762-082

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT B

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228            Fax ( 786 ) 431-2229            Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author            ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of ___Malibu Media, LLC___
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Emilie Kennedy, Esq.            Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL  33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper            U.S. Government Printing Office: 2006-••••/••,•••

2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 4 of 49   Pg ID 417
Additional Certificate (17 U.S.C. 706)
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 3 of 48   Pg ID 352

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-082**

**Effective date of
registration:**

November 18, 2011

## Title

**Title of Work:** Tori The Endless Orgasm

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** October 20, 2010          **Nation of 1st Publication:** United States

## Author

**Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Tiffany Teenagers In Love

Registration Number of the Basic Registration ▼
PA 1-762-019

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie. Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.      **DO NOT WRITE HERE**
       • See detailed instructions.   • Sign the form at Space F.              Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author          ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | YOU MUST: • Complete all necessary spaces • Sign your application In Space F |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL 33131 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper          U.S. Government Printing Office: 2006-•••-•••/••,•••

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-019**

**Effective date of
registration:**

November 20, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Tiffany Teenagers In Love |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | December 29, 2010 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Malibu Media LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** United States | **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Malibu Media LLC |
| | 31356 Broad Beach Rd, Malibu, CA, 90265 |

## Certification

| | |
|---|---|
| **Name:** | Emilie Kennedy |
| **Date:** | November 18, 2011 |

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
Mina's Fantasy

Registration Number of the Basic Registration ▼
PA 1-762-078

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a              Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
                       • See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ❑ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228                    Fax ( 786 ) 431-2229                    Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❑ author          ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of __ Malibu Media, LLC
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in Space F |
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼  Miami, FL 33131 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-•••-•••/••,•••

Additional Certificate (17 U.S.C. 706)H   Doc # 32-2   Filed 10/19/12   Pg 9 of 48   Pg ID 358

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-762-078

**Effective date of
registration:**

November 23, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Mina's Fantasy |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | June 25, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Malibu Media LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Malibu Media LLC |
| | 31356 Broad Beach Rd, Malibu, CA, 90265 |

## Certification

| | |
|---|---|
| **Name:** | Emilie Kennedy |
| **Date:** | November 18, 2011 |

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Megan Morning Bath

Registration Number of the Basic Registration ▼
PA 1-762-077

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of_____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ❑ YES ❑ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL  33131 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2006   Print: 07/2006—···,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-···-···/··,···

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-762-077

**Effective date of
registration:**

November 18, 2011

## Title

Title of Work: Megan Morning Bath

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: February 12, 2010          Nation of 1st Publication: United States

## Author

■    Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States                                        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

Name: Emilie Kennedy

Date: November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Leila Sex On The Beach

Registration Number of the Basic Registration ▼
PA 1-762-083

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.   **DO NOT WRITE HERE**
• See detailed instructions.   • Sign the form at Space F.   Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C                                        **D**

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228            Fax ( 786) 431-2229            Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                  ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼   *[signature]*

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Miami, FL  33131 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2008   Print: 07/2008—••,000   Printed on recycled paper                    U.S. Government Printing Office: 2008-••••/••,•••

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-762-083

**Effective date of
registration:**

November 21, 2011

---

### Title

Title of Work: Leila Sex On The Beach

### Completion/ Publication

Year of Completion: 2010

Date of 1st Publication: December 22, 2010    Nation of 1st Publication: United States

### Author

■    Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

### Copyright claimant

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd., Malibu, CA, 90265, United States

### Certification

Name: Emilie Kennedy

Date: November 18, 2011

---

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Leila Faye Awesome Threesome

Registration Number of the Basic Registration ▼
PA 1-776-804

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number 2a                Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❏ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❏ YES ❏ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❏ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**D**

---

Correspondence: Give name and address to which correspondence about this application should be sent.

**E**

Phone ( 786 ) 431-2228 _____    Fax ( 786 ) 431-2229 _____    Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❏ author                     ❏ owner of exclusive right(s)
❏ other copyright claimant   ☑ duly authorized agent of  Malibu Media, LLC

                                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼  *E.K.*

---

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

**G**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006–**,000   Printed on recycled paper                U.S. Government Printing Office: 2006-***-***/**,***

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-776-804**

**Effective date of
registration:**

February 21, 2012

---

## Title

Title of Work: Leila Faye Awesome Threesome

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: February 2, 2011     Nation of 1st Publication: United States

## Author

Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

Name: Emilie Kennedy

Date: February 21, 2012

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Kristen Girl Next Door

Registration Number of the Basic Registration ▼
PA 1-762-076

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK** ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( _786_ ) _431-2228_ _____    Fax ( _786_ ) _431-2229_ _____    Email _EKennedy@LEBFirm.com_

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of ___ Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ _Emilie Kennedy, Esq._                    Date ▼ _09/13/2012_

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | YOU MUST: • Complete all necessary spaces • Sign your application in Space F SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | |
| | City/State/ZIP ▼ Miami, FL 33131 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-••••••/••,•••

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-762-076

Effective date of
registration:

November 18, 2011

---

## Title
─────────────────────────────────────────

Title of Work: Kristen Girl Next Door

## Completion/ Publication
─────────────────────────────

Year of Completion: 2010

Date of 1st Publication: August 25, 2010    Nation of 1st Publication: United States

## Author
─────────────────────────────────────────

Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant
─────────────────────────────────────

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
─────────────────────────────────────

Name: Emilie Kennedy

Date: November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Katka Sweet Surprise

Registration Number of the Basic Registration ▼
PA 1-762-075

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a                    Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❏ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❏ YES ❏ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B *or* ❏ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
❏ author
❏ other copyright claimant
❏ owner of exclusive right(s)
☑ duly authorized agent of ___ Malibu Media, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Additional Certificate (17 U.S.C. 706)
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 24 of 48   Pg ID 373

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-075**

**Effective date of
registration:**

November 18, 2011

---

## Title

**Title of Work:** Katka Sweet Surprise

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 4, 2010       **Nation of 1st Publication:** United States

## Author

**Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States              **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

---

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Katka Cum Like Crazy

Registration Number of the Basic Registration ▼
PA 1-762-074

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK** ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228        Fax ( 786 ) 431-2229        Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼  Miami, FL 33131 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006-···,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-···-···/···,···

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-762-074

**Effective date of
registration:**

November 21, 2011

---

## Title

**Title of Work:** Katka Cum Like Crazy

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 7, 2010        **Nation of 1st Publication:** United States

## Author

**Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼   Kat Translucence

Registration Number of the Basic Registration ▼
PA 1-762-073

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a          Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❏ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❏ YES ❏ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YEU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❏ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

---

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

❏ author
❏ other copyright claimant
❏ owner of exclusive right(s)
☑ duly authorized agent of  Malibu Media, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL  33131 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper          U.S. Government Printing Office: 2006-•••-••/••,•••

Additional Certificate (17 U.S.C. 705)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-762-073

**Effective date of
registration:**

November 19, 2011

---

## Title

**Title of Work:** Kat Translucence

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 20, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Jennifer Naughty Angel

Registration Number of the Basic Registration ▼
PA 1-776-809

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a            Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____        Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of. ___ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author          ❑ owner of exclusive right(s)
❑ other copyright claimant    ☑ duly authorized agent of  Malibu Media, LLC
                                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                  Date ▼ 09/13/2012

Handwritten signature (X) ▼        *E. K.* (signature)

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼  Miami, FL  33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—**,000   Printed on recycled paper          U.S. Government Printing Office: 2006-***-***/**,***

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-776-809**

**Effective date of
registration:**

February 21, 2012

---

## Title

Title of Work: Jennifer Naughty Angel

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: November 5, 2010    Nation of 1st Publication: United States

## Author

Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

Name: Emilie Kennedy

Date: February 21, 2012

---

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
The Girl in My Shower

Registration Number of the Basic Registration ▼
PA 1-783-549

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____    Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK** ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of  Malibu Media, LLC
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6060

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper          U.S. Government Printing Office: 2006-•••-•••/••,•••

2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 37 of 49   Pg ID 450

2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 36 of 48   Pg ID 385

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-783-549

**Effective date of
registration:**

March 30, 2012

## Title
Title of Work: The Girl in My Shower

## Completion/Publication
Year of Completion: 2009

Date of 1st Publication: October 23, 2009       Nation of 1st Publication: United States

## Author
Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States       Domiciled in: United States

## Copyright claimant
Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
Name: Emilie Kennedy

Date: March 30, 2012

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov,* write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

Title of Work ▼
Daddy's Office

Registration Number of the Basic Registration ▼
PA 1-776-838

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a                Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**  · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.  · Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of_____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228          Fax ( 786) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL 33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper          U.S. Government Printing Office: 2006-•••-•••/••,•••

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-776-838

**Effective date of
registration:**

February 21, 2012

## Title

Title of Work: Daddy's Office

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: November 12, 2010     Nation of 1st Publication: United States

## Author

Author: Malibu Media LLC

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

Name: Emilie Kennedy

Date: February 21, 2012

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Carlie Leila Strawberries and Wine

Registration Number of the Basic Registration ▼
PA 1-762-081

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a                    Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of_____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full    Rev: 07/2006    Print: 07/2006—••,000    Printed on recycled paper          U.S. Government Printing Office: 2006-•••—••/••,•••

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-081**

**Effective date of
registration:**

November 18, 2011

---

### Title

**Title of Work:** Carlie Leila Strawberries and Wine

### Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 7, 2010        **Nation of 1st Publication:** United States

### Author

**Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States              **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Malibu Media LLC

31356 Broad Beach Rd, Malibu, CA, 90265

### Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|-----|-----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Carlie Big Toy Orgasm

Registration Number of the Basic Registration ▼
PA 1-776-839

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a          Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of_____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ❑ YES  ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228     Fax ( 786 ) 431-2229     Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author              ❑ owner of exclusive right(s)
❑ other copyright claimant    ☑ duly authorized agent of  Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼  *[signature]*

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2008  Print: 07/2006—••,000  Printed on recycled paper          U.S. Government Printing Office: 2006-••••••/••,•••

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-776-839

**Effective date of
registration:**

February 21, 2012

---

## Title
              Title of Work: Carlie Big Toy Orgasm

## Completion/Publication
         Year of Completion: 2010
     Date of 1st Publication: March 22, 2010       Nation of 1st Publication: United States

## Author
              Author: Malibu Media LLC
       Author Created: entire motion picture

     Work made for hire: Yes
          Citizen of: United States       Domiciled in: United States

## Copyright claimant
     Copyright Claimant: Malibu Media LLC
               31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
             Name: Emilie Kennedy
              Date: February 21, 2012

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_____   _____   _____
Month         Day           Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## A

Title of Work ▼
Carlie Beautiful Blowjob

Registration Number of the Basic Registration ▼
PA 1-762-079

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____   Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶** • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❏ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❏ YES ❏ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ❏ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

❏ author
❏ other copyright claimant
❏ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | YOU MUST: • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | SEND ALL ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Miami, FL 33131 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

***17 USC §506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—•,000  Printed on recycled paper          U.S. Government Printing Office: 2006-•••-•••/••,•••

2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 48 of 48   Pg ID 397

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-079**

**Effective date of
registration:**

November 21, 2011

---

## Title

**Title of Work:** Carlie Beautiful Blowjob

## Completion / Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 26, 2010   **Nation of 1st Publication:** United States

## Author

■   **Author:** Malibu Media LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy

**Date:** November 18, 2011

---

Page 1 of 1