IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MALIBU MEDIA, LLC**, a California limited liability company,

               **PLAINTIFF,**

v.

**JOHN DOES 1-13,**

               **DEFENDANTS.**

Case Number: 2:12-cv-12586

Hon. Patrick J. Duggan
United States District Judge

Hon. Michael Hluchaniuk
United States Magistrate Judge

Paul J. Nicoletti, Esq.  (P44419)
Nicoletti & Associates, PLLC
36880 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 203-7800
paul@nicoletti-associates.com
*Counsel for Malibu Media, LLC*

Michael S. Ashton, Esq.  (P40474)
Fraser Trebilcock Davis & Dunlap, PC
124 W. Allegan, Ste. 1000
Lansing, MI  48933
(517) 377-0875
mashton@fraserlawfirm.com
*Counsel for Comcast Cablevision/Comcast Business Communications LLC*

Hattem A. Beydoun, Esq.  (P66071)
EPIC Law PLLC
PO Box 32598
Detroit, MI  48232
(888) 715-8033
hbeydoun@epiclg.com
*Counsel for John Doe Number One*

## APPEARANCE

NOW COMES Michael S. Ashton, Esq., and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. and hereby enter their appearance for and on behalf of Comcast Cablevision and/or Comcast Business Communications, LLC in the above-captioned action.

        Respectfully submitted,

Date:  November 6, 2012        By:    */s/ Michael S. Ashton*
        Michael S. Ashton (P40474)
        Fraser Trebilcock Davis & Dunlap, P.C.
        124 West Allegan Street, Suite 1000
        Lansing, Michigan 48933
        Telephone:  (517) 377-0875
        E-mail:  mashton@fraserlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to Paul J. Nicoletti, Esq. and Hattem A. Beydoun, Esq..

    Respectfully submitted,

Date: November 6, 2012      By:     */s/ Michael S. Ashton*
    Michael S. Ashton (P40474)
    Fraser Trebilcock Davis & Dunlap, P.C.
    124 West Allegan Street, Suite 1000
    Lansing, Michigan 48933
    Telephone: (517) 377-0875
    E-mail: mashton@fraserlawfirm.com