IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MALIBU MEDIA, LLC**, a California limited liability company,

      **PLAINTIFF,**

v.

**JOHN DOES 1-13,**

      **DEFENDANTS.**

Case Number: 2:12-cv-12586

Hon. Patrick J. Duggan
United States District Judge

Hon. Michael Hluchaniuk
United States Magistrate Judge

Paul J. Nicoletti, Esq. (P44419)
Nicoletti & Associates, PLLC
36880 Woodward Ave., Ste. 100
Bloomfield Hills, MI  48304
(248) 203-7800
paul@nicoletti-associates.com
*Counsel for Malibu Media, LLC*

Michael S. Ashton, Esq. (P40474)
Fraser Trebilcock Davis & Dunlap, PC
124 W. Allegan, Ste. 1000
Lansing, MI  48933
(517) 377-0875
mashton@fraserlawfirm.com

Hattem A. Beydoun, Esq. (P66071)
EPIC Law PLLC
PO Box 32598
Detroit, MI  48232
(888) 715-8033
hbeydoun@epiclg.com
*Counsel for John Doe Number One*

Michael P. Donnelly, Esq. (P45221)
Fraser Trebilcock Davis & Dunlap, PC
One Woodward Ave., Ste. 1550
Detroit, MI  48226
(313) 237-7300
mdonnelly@fraserlawfirm.com
*Counsel for Comcast Cablevision/Comcast Business Communications LLC*

## APPEARANCE

  NOW COMES Michael P. Donnelly, Esq., and the law firm of Fraser Trebilcock Davis & Dunlap, P.C. and hereby enter their appearance for and on behalf of Comcast Cablevision and/or Comcast Business Communications, LLC in the above-captioned action.

                                        Respectfully submitted,

Date:  November 6, 2012            By:    */s/ Michael P. Donnelly*
                                                       Michael P. Donnelly, Esq.  (P45221)
                                                       Fraser Trebilcock Davis & Dunlap, PC
                                                       One Woodward Ave., Ste. 1550
                                                       Detroit, MI  48226
                                                       (313) 237-7300
                                                       mdonnelly@fraserlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to Paul J. Nicoletti, Esq., Hattem A. Beydoun, Esq., and Michael S. Ashton, Esq.

                                                      Respectfully submitted,

Date: November 6, 2012                  By:    */s/ Michael P. Donnelly*
                                                          Michael P. Donnelly, Esq. (P45221)
                                                          Fraser Trebilcock Davis & Dunlap, PC
                                                          One Woodward Ave., Ste. 1550
                                                          Detroit, MI 48226
                                                          (313) 237-7300
                                                          mdonnelly@fraserlawfirm.com