# EXHIBIT B

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 2 of 17 Pg ID 647
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 4 of 49 Pg ID 417
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 3 of 48 Pg ID 352

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-082**

Effective date of registration:
November 18, 2011

## Title
- **Title of Work:** Tori The Endless Orgasm

## Completion/ Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** October 20, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 3 of 17 Pg ID 648
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 7 of 49 Pg ID 420
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 6 of 48 Pg ID 355

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PA 1-762-019**

Effective date of registration:
November 20, 2011

---

## Title

**Title of Work:** Tiffany Teenagers In Love

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** December 29, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** Malibu Media LLC
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy
**Date:** November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH   Doc # 41-2   Filed 11/12/12   Pg 4 of 17   Pg ID 649
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 10 of 49   Pg ID 423
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 9 of 48   Pg ID 358

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-078**

Effective date of registration:
November 23, 2011

---

## Title
- **Title of Work:** Mina's Fantasy

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** June 25, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 5 of 17 Pg ID 650
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 13 of 49 Pg ID 426
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 12 of 48 Pg ID 361

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-762-077

Effective date of registration:
November 18, 2011

---

### Title
- **Title of Work:** Megan Morning Bath

### Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** February 12, 2010
- **Nation of 1st Publication:** United States

### Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

### Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH  Doc # 41-2  Filed 11/12/12  Pg 6 of 17  Pg ID 651
2:12-cv-12586-PJD-MJH  Doc # 34-2  Filed 10/26/12  Pg 16 of 49  Pg ID 429
2:12-cv-12586-PJD-MJH  Doc # 32-2  Filed 10/19/12  Pg 15 of 48  Pg ID 364

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-083**

Effective date of registration:
November 21, 2011

---

## Title
Title of Work: Leila Sex On The Beach

## Completion/Publication
Year of Completion: 2010
Date of 1st Publication: December 22, 2010   Nation of 1st Publication: United States

## Author
Author: Malibu Media LLC
Author Created: entire motion picture
Work made for hire: Yes
Citizen of: United States   Domiciled in: United States

## Copyright claimant
Copyright Claimant: Malibu Media LLC
31356 Broad Beach Rd., Malibu, CA, 90265, United States

## Certification
Name: Emilie Kennedy
Date: November 18, 2011

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-776-804**

Effective date of registration:
February 21, 2012

---

### Title
- **Title of Work:** Leila Faye Awesome Threesome

### Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** February 2, 2011
- **Nation of 1st Publication:** United States

### Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

### Certification
- **Name:** Emilie Kennedy
- **Date:** February 21, 2012

Page 1 of 1

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 8 of 17 Pg ID 653
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 22 of 49 Pg ID 435
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 21 of 48 Pg ID 370

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-076**

Effective date of registration:
November 18, 2011

---

**Title**

Title of Work: Kristen Girl Next Door

**Completion/Publication**

Year of Completion: 2010
Date of 1st Publication: August 25, 2010   Nation of 1st Publication: United States

**Author**

　　　　Author: Malibu Media LLC
Author Created: entire motion picture

Work made for hire: Yes
Citizen of: United States   Domiciled in: United States

**Copyright claimant**

Copyright Claimant: Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

**Certification**

Name: Emilie Kennedy
Date: November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH   Doc # 41-2   Filed 11/12/12   Pg 9 of 17   Pg ID 654
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 25 of 49   Pg ID 438
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 24 of 48   Pg ID 373

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-075**

Effective date of registration:
November 18, 2011

---

**Title**
- Title of Work: Katka Sweet Surprise

**Completion/ Publication**
- Year of Completion: 2010
- Date of 1st Publication: August 4, 2010
- Nation of 1st Publication: United States

**Author**
- Author: Malibu Media LLC
- Author Created: entire motion picture
- Work made for hire: Yes
- Citizen of: United States
- Domiciled in: United States

**Copyright claimant**
- Copyright Claimant: Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

**Certification**
- Name: Emilie Kennedy
- Date: November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH   Doc # 41-2   Filed 11/12/12   Pg 10 of 17   Pg ID 655
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 28 of 49   Pg ID 441
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 27 of 48   Pg ID 376

**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-762-074**

Effective date of registration:
November 21, 2011

---

## Title

**Title of Work:** Katka Cum Like Crazy

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** July 7, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Malibu Media LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification

**Name:** Emilie Kennedy
**Date:** November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 11 of 17 Pg ID 656
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 31 of 49 Pg ID 444
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 30 of 48 Pg ID 379

**Additional Certificate (17 U.S.C. 705)**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-762-073**

Effective date of registration:
November 19, 2011

---

### Title
- **Title of Work:** Kat Translucence

### Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** November 20, 2009
- **Nation of 1st Publication:** United States

### Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

### Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

Page 1 of 1

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 12 of 17 Pg ID 657
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 34 of 49 Pg ID 447
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 33 of 48 Pg ID 382

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-776-809

Effective date of registration:
February 21, 2012

---

## Title
**Title of Work:** Jennifer Naughty Angel

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** November 5, 2010
**Nation of 1st Publication:** United States

## Author
**Author:** Malibu Media LLC
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
**Name:** Emilie Kennedy
**Date:** February 21, 2012

2:12-cv-12586-PJD-MJH   Doc # 41-2   Filed 11/12/12   Pg 13 of 17   Pg ID 658
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 37 of 49   Pg ID 450
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 36 of 48   Pg ID 385

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-783-549**

Effective date of registration:
March 30, 2012

---

## Title
Title of Work: The Girl in My Shower

## Completion/Publication
Year of Completion: 2009
Date of 1st Publication: October 23, 2009    Nation of 1st Publication: United States

## Author
- Author: Malibu Media LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States    Domiciled in: United States

## Copyright claimant
Copyright Claimant: Malibu Media LLC
31356 Broad Beach Rd, Malibu, CA, 90265

## Certification
Name: Emilie Kennedy
Date: March 30, 2012

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-776-838**

Effective date of registration:

February 21, 2012

---

**Title**

Title of Work: Daddy's Office

**Completion/Publication**

Year of Completion: 2010

Date of 1st Publication: November 12, 2010    Nation of 1st Publication: United States

**Author**

  Author: Malibu Media LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States      Domiciled in: United States

**Copyright claimant**

  Copyright Claimant: Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

**Certification**

  Name: Emilie Kennedy
  Date: February 21, 2012

Page 1 of 1

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 15 of 17 Pg ID 660
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 43 of 49 Pg ID 456
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 42 of 48 Pg ID 391

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-762-081**

Effective date of registration:

November 18, 2011

---

### Title
- **Title of Work:** Carlie Leila Strawberries and Wine

### Completion/ Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** May 7, 2010
- **Nation of 1st Publication:** United States

### Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

### Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

2:12-cv-12586-PJD-MJH Doc # 41-2 Filed 11/12/12 Pg 16 of 17 Pg ID 661
2:12-cv-12586-PJD-MJH Doc # 34-2 Filed 10/26/12 Pg 46 of 49 Pg ID 459
2:12-cv-12586-PJD-MJH Doc # 32-2 Filed 10/19/12 Pg 45 of 48 Pg ID 394

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
PA 1-776-839

Effective date of registration:
February 21, 2012

---

**Title**
  Title of Work: Carlie Big Toy Orgasm

**Completion/Publication**
  Year of Completion: 2010
  Date of 1st Publication: March 22, 2010    Nation of 1st Publication: United States

**Author**
  Author: Malibu Media LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States    Domiciled in: United States

**Copyright claimant**
  Copyright Claimant: Malibu Media LLC
    31356 Broad Beach Rd, Malibu, CA, 90265

**Certification**
  Name: Emilie Kennedy
  Date: February 21, 2012

Page 1 of 1

2:12-cv-12586-PJD-MJH   Doc # 41-2   Filed 11/12/12   Pg 17 of 17   Pg ID 662
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 49 of 49   Pg ID 462
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 48 of 48   Pg ID 397

Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-762-079

Effective date of registration:
November 21, 2011

---

### Title
- **Title of Work:** Carlie Beautiful Blowjob

### Completion/ Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** March 26, 2010   **Nation of 1st Publication:** United States

### Author
- **Author:** Malibu Media LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Malibu Media LLC
  31356 Broad Beach Rd, Malibu, CA, 90265

### Certification
- **Name:** Emilie Kennedy
- **Date:** November 18, 2011

Page 1 of 1