# EXHIBIT C

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▽**
Tori The Endless Orgasm

**Registration Number of the Basic Registration ▽**
PA 1-762-082

**Year of Basic Registration ▽**
2011

**Name(s) of Author(s) ▽**
Malibu Media, LLC

**Name(s) of Copyright Claimant(s) ▽**
Malibu Media, LLC

**Location and Nature of Incorrect Information in Basic Registration ▽**

Line Number _2a_    Line Heading or Description    Name of author; work made for hire

**Incorrect Information as it Appears in Basic Registration ▽**

Malibu Media, LLC, work made for hire

**Corrected Information ▽**

Brigham Field, not a work made for hire

**Explanation of Correction ▽**

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**Location and Nature of Information in Basic Registration to be Amplified ▽**

Line Number _____    Line Heading or Description _____

**Amplified Information and Explanation of Information ▽**

MORE ON BACK ▷   · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.    · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT B

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant          ☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/Zip ▼
Miami, FL  33131

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2008   Print: 07/2008—**,000   Printed on recycled paper          U.S. Government Printing Office: 2008-**—/*,**

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼

Tiffany Teenagers In Love

Registration Number of the Basic Registration ▼
PA 1-762-019

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a          Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description _____

Amplified Information and Explanation of Information ▼

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228 _____   Fax ( 786) 431-2229 _____   Email EKennedy@LEBFirm.com _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author                          ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of __Malibu Media, LLC__
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼  Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

 Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

Mina's Fantasy

**Registration Number of the Basic Registration ▼**
PA 1-762-078

**Year of Basic Registration ▼**
2011

**Name(s) of Author(s) ▼**
Malibu Media, LLC

**Name(s) of Copyright Claimant(s) ▼**
Malibu Media, LLC

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number ___2a___   Line Heading or Description   Name of author; work made for hire

**Incorrect Information as It Appears in Basic Registration ▼**

Malibu Media, LLC, work made for hire

**Corrected Information ▼**

Brigham Field, not a work made for hire

**Explanation of Correction ▼**

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____   Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F.   Page 1 of ____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES  ❑ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email  EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL  33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 *USC* §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—···,000   Printed on recycled paper          U.S. Government Printing Office: 2006-····/··,···

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Megan Morning Bath

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| PA 1-762-077 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page.     DO NOT WRITE HERE
· See detailed instructions.     · Sign the form at Space F.                          Page 1 of_____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228       Fax ( 786 ) 431-2229       Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.        Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
|---|---|
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL  33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print 07/2006—,000  Printed on recycled paper         U.S. Government Printing Office: 2008-

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month          Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Leila Sex On The Beach

Registration Number of the Basic Registration ▼
PA 1-762-083

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a          Line Heading or Description          Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.      DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.      Page 1 of_____ pages

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228         Fax ( 786 ) 431-2229         Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  09/13/2012

Handwritten signature (X) ▼

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL 33131 |

YOU MUST:
· Complete all necessary spaces
· Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2008   Print: 07/2008—••,000   Printed on recycled paper          U.S. Government Printing Office: 2008-••••/••,•••

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Leila Faye Awesome Threesome

Registration Number of the Basic Registration ▼
PA 1-776-804

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a                    Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  · Complete all applicable spaces (D-G) on the reverse side of this page.
· See detailed instructions.      · Sign the form at Space F

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC
_____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Emilie Kennedy, Esq.          Date ▼   09/13/2012

Handwritten signature (X) ▼   *[signature]*

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ <br> Emilie Kennedy, Esq. <br><br> Number/Street/Apt ▼ <br> 2 South Biscayne Boulevard, Suite 3800 <br><br> City/State/ZIP ▼ <br> Miami, FL  33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—xx,000   Printed on recycled paper

U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

Kristen Girl Next Door

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-762-076 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  2a                    Line Heading or Description    Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.                                    DO NOT WRITE HERE
                 • See detailed instructions.        • Sign the form at Space F.                                          Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228 _____ Fax ( 786) 431-2229 _____ Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

_[signature]_

| | | |
| --- | --- | --- |
| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq.  Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800  City/State/ZIP ▼  Miami, FL 33131 | **YOU MUST:**  • Complete all necessary spaces  • Sign your application in Space F  **SEND ALL ELEMENTS IN THE SAME PACKAGE:**  1. Application form  2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*  **MAIL TO:**  Library of Congress  Copyright Office  101 Independence Avenue SE  Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—·,000   Printed on recycled paper                    U.S. Government Printing Office: 2006—·····/··,···

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|-----|-----|-----|-----|-----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
Katka Sweet Surprise

Registration Number of the Basic Registration ▼
PA 1-762-075

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a                    Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.      • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228        Fax ( 786 ) 431-2229        Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.        Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev. 07/2006   Print: 07/2006—···,000   Printed on recycled paper

U.S. Government Printing Office: 2006-···-···/··,···

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▽
Katka Cum Like Crazy

Registration Number of the Basic Registration ▽
PA 1-762-074

Year of Basic Registration ▽
2011

Name(s) of Author(s) ▽
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▽
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▽

Line Number 2a          Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▽

Malibu Media, LLC, work made for hire

Corrected Information ▽

Brigham Field, not a work made for hire

Explanation of Correction ▽

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▽

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▽

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ❑ YES ❑ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786) 431-2228          Fax ( 786) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author
❑ other copyright claimant
❑ owner of exclusive right(s)
☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** · Complete all necessary spaces · Sign your application in Space F **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |
| --- | --- | --- |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | |
| | City/State/ZIP ▼ Miami, FL 33131 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—···,000   Printed on recycled paper                    U.S. Government Printing Office: 2006—···—··/··, ···

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

Kat Translucence

Registration Number of the Basic Registration ▼
PA 1-762-073

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a                    Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page.
                                • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ❑ YES ❑ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author              ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of  Malibu Media, LLC
                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼  2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼  Miami, FL 33131 |

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—·—,000  Printed on recycled paper          U.S. Government Printing Office: 2006—···,···/··,···

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
Jennifer Naughty Angel

Registration Number of the Basic Registration ▼
PA 1-776-809

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▷   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions   • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ____ pages

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE ☐ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)

☐ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—...,000   Printed on recycled paper          U.S. Government Printing Office: 2006-...-.../...,...

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

The Girl in My Shower

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| PA 1-783-549 | 2012 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Malibu Media, LLC | Malibu Media, LLC |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie. Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.        DO NOT WRITE HERE
                 • See detailed instructions.    • Sign the form at Space F.                    Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ❑ YES ❑ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ❑ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* 1. the undersigned, hereby certify that I am the: (Check only one)
❑ author            ❑ owner of exclusive right(s)
❑ other copyright claimant  ☑ duly authorized agent of ___Malibu Media, LLC___
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                    Date ▼ 09/13/2012

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Miami, FL 33131 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—•••,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-•••-•••/••,•••

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 26 of 33   Pg ID 688
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 38 of 49   Pg ID 451
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 37 of 48   Pg ID 386

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
Daddy's Office

Registration Number of the Basic Registration ▼
PA 1-776-838

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a _____ Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page.   · See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 27 of 33   Pg ID 689
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 39 of 49   Pg ID 452

2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 38 of 48   Pg ID 387

| FORM CA RECEIVED | FORM CA |
| --- | --- |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author            ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

| | |
| --- | --- |
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 |
| | City/State/ZIP ▼ Miami, FL 33131 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.SC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper          U.S. Government Printing Office: 2006-•••••/••,•••

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 28 of 33   Pg ID 690
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 41 of 49   Pg ID 454
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 40 of 48   Pg ID 389

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
Carlie Leila Strawberries and Wine

Registration Number of the Basic Registration ▼
PA 1-762-081

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a                    Line Heading or Description   Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▷   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.   Page 1 of _____ pages

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☑ Part B *or* ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228 _____    Fax ( 786 ) 431-2229 _____    Email EKennedy@LEBFirm.com _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                 ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of __Malibu Media, LLC__
                                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Emilie Kennedy, Esq.                     Date ▼ 09/13/2012

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—··,000  Printed on recycled paper                     U.S. Government Printing Office: 2006-····/··,···

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
Carlie Big Toy Orgasm

Registration Number of the Basic Registration ▼
PA 1-776-839

Year of Basic Registration ▼
2012

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a          Line Heading or Description  Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____          Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▷   • Complete all applicable spaces (D-G) on the reverse side of this page.          DO NOT WRITE HERE
                 • See detailed instructions.          • Sign the form at Space F.          Page 1 of _____ pages

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 31 of 33   Pg ID 693
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 45 of 49   Pg ID 458

2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 44 of 48   Pg ID 393

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC.  This agreement is in writing.  When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228          Fax ( 786 ) 431-2229          Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                  ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC
                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.                    Date ▼  09/13/2012

Handwritten signature (X) ▼

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ Emilie Kennedy, Esq. | **YOU MUST:** • Complete all necessary spaces • Sign your application in Space F |
| | Number/Street/Apt ▼ 2 South Biscayne Boulevard, Suite 3800 | **SEND ALL ELEMENTS IN THE SAME PACKAGE:** 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼ Miami, FL 33131 | **MAIL TO:** Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2008  Print: 07/2008----,000  Printed on recycled paper                    U.S. Government Printing Office: 2008-----/--,---

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 32 of 33   Pg ID 694
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 47 of 49   Pg ID 460
2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 46 of 48   Pg ID 395

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|-----|----|-----|----|-----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼
Carlie Beautiful Blowjob

Registration Number of the Basic Registration ▼
PA 1-762-079

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Malibu Media, LLC

Name(s) of Copyright Claimant(s) ▼
Malibu Media, LLC

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2a     Line Heading or Description Name of author; work made for hire

Incorrect Information as It Appears in Basic Registration ▼

Malibu Media, LLC, work made for hire

Corrected Information ▼

Brigham Field, not a work made for hire

Explanation of Correction ▼

Brigham Field is the author and creator of the movie.  Brigham Field also owns Malibu Media, LLC with his wife.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____     Line Heading or Description _____

Amplified Information and Explanation of Information ▼

2:12-cv-12586-PJD-MJH   Doc # 41-3   Filed 11/12/12   Pg 33 of 33   Pg ID 695
2:12-cv-12586-PJD-MJH   Doc # 34-2   Filed 10/26/12   Pg 48 of 49   Pg ID 461

2:12-cv-12586-PJD-MJH   Doc # 32-2   Filed 10/19/12   Pg 47 of 48   Pg ID 396

| | |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B or ☐ Part C

This particular work was created by Brigham Field and was transferred through an assignment of copyright to Malibu Media, LLC after the company was formed and was not originally created as a work for hire.

Brigham Field's current arrangement with Malibu Media, LLC is that the movies he creates are a work for hire and owned by Malibu Media, LLC. This agreement is in writing. When he instructed his agent to register this work, he mistakenly told his agent to register this work as a work for hire authored by Malibu Media, LLC.

Correspondence: Give name and address to which correspondence about this application should be sent.

Phone ( 786 ) 431-2228        Fax ( 786 ) 431-2229        Email EKennedy@LEBFirm.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Malibu Media, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼ 09/13/2012

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼
Emilie Kennedy, Esq.

Number/Street/Apt ▼
2 South Biscayne Boulevard, Suite 3800

City/State/ZIP ▼
Miami, FL 33131

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in this application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper          U.S. Government Printing Office: 2006-•••—••/••,•••