# EXHIBIT E

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, November 09, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | MALIBU MEDIA, LLC |
| Entity Number: | 201103910088 |
| Date Filed: | 02/08/2011 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 31356 BROAD BEACH RD |
| Entity City, State, Zip: | MALIBU CA 90265 |
| Agent for Service of Process: | BRIGHAM FIELD |
| Agent Address: | 31356 BROAD BEACH RD |
| Agent City, State, Zip: | MALIBU CA 90265 |

\* Indicates the information is not contained in the California Secretary of State's database.

\* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012    California Secretary of State