UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL 12-12586

MALIBU MEDIA, LLC. V. JOHN DOES

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:
DEFENDANTS' MOTION TO DISMISS OR STAY

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(e) which provides:

Briefing Schedule.
- (1) Dispositive Motions.
   - (A) Dispositive motions are:
     - for injunctive relief,
     - for judgment on the pleadings,
     - for summary judgment
     - to dismiss or quash an indictment or information made by a defendant,
     - to suppress evidence in a criminal case,
     - to certify or decertify a class,
     - to dismiss for failure to state a claim upon which relief can be granted, and
     - to involuntarily dismiss an action.

   - (B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

   - (C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 14 days</u> after service of the response, but not less than 3 days before oral argument.

- (2) Nondispositive Motions:
   - (A) Nondispositive motions are motions not listed in LR7.1(d)(1)(A).
   - (B) <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.
   - (C) If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than3 days before oral argument.