UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-12586-PJD-MJH |
| v. | ) |
| JOHN DOES 1-13, | ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [DKT. 41]**

Plaintiff, Malibu Media, LLC and Defendants, John Does 4 and 11, hereby agree and stipulate that the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss shall be extended by a period of seven (7) days, or until December 10, 2012.

Dated: December 3, 2012

Respectfully submitted,

/s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
NICOLETTI & ASSOCIATES, PLLC
paul@nicoletti-associates.com
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
*Attorneys for Plaintiff*

/s/ Jeffrey P. Thennisch
Jeffrey P. Thennisch (P51499)
Dobrusin & Thennisch, PC
jeff@patentco.com
29 W. Lawrence St. Suite 210
Pontiac, MI 48342
Tel: (248) 292-2920
Fax: (248) 292-2910
*Attorney for John Does 4 and 11*

**CERTIFICATE OF SERVICE**

      I hereby certify that December 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                     By:    */s/ Paul J. Nicoletti*