IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MALIBU MEDIA, LLC**,

    Plaintiff,

v

**JOHN DOES 1 – 13,**

    Defendants.

Case No.: 12-CV-12586-PJD-MJH

Honorable Patrick J. Duggan
Magistrate Michael Hluchaniuk

## STIPULATED ORDER DISMISSING WITH PREJUDICE DEFENDANT DOE ONE'S MOTION FOR ORDER TO SHOW CAUSE AS TO THIRD PARTY COMCAST ONLY

Defendant John Doe #1 and Third Party Comcast having stipulated to the dismissal of Doe #1's Motion to Show Cause as to Comcast only, and the Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant John Doe #1's Motion for Order to Show Cause is hereby dismissed with prejudice as to Third Party Comcast only, with each party bearing their own costs. Defendant John Doe #1's Motion for Order to Show Cause remains pending as to Plaintiff Malibu Media, LLC.

IT IS SO ORDERED.

Date: December 17, 2012

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

Stipulated as to form and content:

| | |
|---|---|
| **Hattem A. Beydoun, Esq. (P66071)** | **Michael P. Donnelly, Esq. (P45221)** |
| EPIC Law PLLC | Fraser Trebilcock Davis & Dunlap, PC |
| | |
| By: /s/ with consent of Hattem A. Beydoun | By: /s/ Michael P. Donnelly |
| PO Box 32598 | One Woodward Ave., Ste. 1550 |
| Detroit, MI 48232 | Detroit, MI 48226 |
| Tel.: 888-715-8033 | Tel.: 313-237-7300 |
| hbeydoun@epiclg.com | Fax: 313-961-1651 |
| *Attorneys for John Doe Number One* | mdonnelly@fraserlawfirm.com |
| | *Attorneys for Comcast Cablevision/* |
| | *Comcast Business Communications LLC.* |

## CERTIFICATE OF SERVICE

I certify that on December 17, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Paul J. Nicoletti, Jeffrey P. Thennisch, Hattem A. Beydoun, Michael S. Ashton, and Michael P. Donnelly.

                                            s/Tammy Hallwood
                                            Case Manager
                                            (810) 341-7887
                                            tammy_hallwood@mied.uscourts.gov