UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,           )
                             )
    Plaintiff,              )  Civil Case No. 2:12-cv-12586-PJD-MJH
                             )
v.                           )
                             )
JOHN DOES 1-13,              )
                             )
    Defendants.             )
_____ )

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have until thirty days after the Court's ruling on the pending motion [Dkt. 41] to effectuate service of a summons and Complaint on Defendants.

   SO ORDERED this 8th day of January, 2013.

                        S/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Date: January 8, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2013, by electronic and/or ordinary mail.

                        S/Marilyn Orem
                        Case Manager