IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC

    Plaintiff

v.

John Does 1 - 13,

    Defendants.

Civil Action No.: 12-cv-12586-PJD-MJH

Honorable Patrick J. Duggan

## APPEARANCE

Please enter the Appearance of Jeffrey P. Thennisch, as counsel for Third Party Subpoena Recipients John Doe No. 4 and John Doe No. 11, in the above-captioned matter.

Respectfully submitted,

Dated: January 31, 2013

By: /s/ Jeffrey P. Thennisch
Jeffrey P. Thennisch (P51499)
Attorney for Defendant
Attorney At Law
29 West Lawrence Street, Suite 300
Pontiac, MI 48342
(810) 610-5640
jeff@musicrightslaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 31, 2013 I electronically filed the foregoing Appearance with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel of record.

Dated: January 31, 2013　　　　　　　　　/s/ Jeffrey P. Thennisch
　　　　　　　　　　　　　　　　　　　　Jeffrey P. Thennisch (P51499)
　　　　　　　　　　　　　　　　　　　　Attorney At Law
　　　　　　　　　　　　　　　　　　　　29 West Lawrence Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Pontiac, MI 48342
　　　　　　　　　　　　　　　　　　　　(810) 610-5640
　　　　　　　　　　　　　　　　　　　　jeff@musicrightslaw.com