UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 12-12586

MALIBU MEDIA, LLC,

        Plaintiff(s),

-v-

JOHN DOES 1, 4 & 11,

        Defendant(s).
_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE

It appearing that service of summons and complaint in the above-entitled matter was not made upon defendant(s) within 120 days of the complaint; and pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED that plaintiff(s) show cause in writing within fourteen (14) days why the within cause should not be dismissed without prejudice.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 2, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 2, 2013, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager