**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:12-cv-12586-PJD-MJH |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-13, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 1, 4 & 11**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 4 & 11

("Defendants") from this action underline without prejudice. Defendants were assigned the IP addresses

24.11.179.75, 68.43.204.131 and 64.233.241.50, respectively. Pursuant to Fed.R.Civ.P.

41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for

summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for

administrative purposes.

Dated May 2, 2013

Respectfully submitted,

By:  /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

Civil Case No. <u>2:12-cv-12586-PJD-MJH</u>

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 2nd day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:   /s/ *M. Keith Lipscomb*
       M. Keith Lipscomb